■ QUINT-R MANAGEMENT CORP., Appellant, v CAESAR FIGONI et al., Respondents.—In an action to recover a broker's commission, the plaintiff appeals from a judgment of the Supreme Court, Suffolk County (Robbins, J.), dated September 13, 1984, which, after a nonjury trial, dismissed its complaint.

Judgment affirmed, with costs.

We find no reason to disturb the trial court's determination in this matter, since credibility was the decisive issue here. Lazer, J. P., Brown, Weinstein and Niehoff, JJ., concur.